**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 25 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ~~UNDER SEAL~~ |
| v. | : | CRIMINAL INDICTMENT |
| WALTER JOHNS and JERRICK WILLIAMS | : | NO. 1 10-CR-233 |

### ORDER

Having read and considered the Government's Motion To Seal And To Limit Disclosure and for good cause shown,

It is hereby ORDERED that:

    A.    The indictment, arrest warrants, the Government's motion, and this Order are SEALED;

    B.    The Government is authorized to disclose the sealed indictment and arrest warrants to the United States Marshals Service and any other authorized United States officer to effect defendants' arrests;

Dated: May 25, 2010.

[signature]
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

Presented by:
David E. Suchar, AUSA