IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| : | |
| v. : | Criminal Indictment No. |
| : | 1:10-CR-233 |
| WALTER JOHNS : | |

**DEFENDANT WALTER JOHN'S
MOTION FOR CONTINUANCE OF HIS SENTENCING**

Comes now the defendant, Walter Johns, by and through his attorney, Jerome J. Froelich, Jr., and moves this Court for a continuance of his sentencing.

Defendant Johns entered his plea of guilty in the above captioned case and his sentencing is scheduled for January 12, 2011.

Defendant Johns is cooperating with the government in this matter. The co-Defendant ___ was arrested in Alabama and has indicated that he may want a trial in this case. If that occurs Defendant Johns will be a witness for the government.

In view of the above, Defendant Johns requests that his sentencing be continued for sixty (60) days so that his cooperation with the government can be completed and the Court will get the full extent of his cooperation before sentencing him. This will also save the Court's time so that the Defendant would not have to be brought back before the Court for re-sentencing.

The government agrees with this request.

                    Respectfully submitted,

                    *S/ Jerome J. Froelich Jr.*
                    Jerome J. Froelich, Jr.
                    State Bar No. 278150

McKENNEY & FROELICH
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served correct copy of the within and foregoing Motion for Continuance of His Sentencing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

Sally Quillian Yates, Esq.
United States Attorney
600 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

David E. Suchar, Esq.
Assistant United States Attorney
600 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

This 10th day of January , 2011.

                                               *S/Jerome J. Froelich Jr.*
                                               JEROME J. FROELICH, JR.
                                               Georgia State Bar No. 278150

McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111